1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   CHRISTIAN VALDES,                          1:07-cv-01018-OWW-SMS PC

14            Plaintiff,                        **ORDER TRANSFERRING CASE TO**
                                                **THE SACRAMENTO DIVISION OF THE**
15   vs.                                        **EASTERN DISTRICT OF CALIFORNIA**

16   ARNOLD SCHWARZENEGGER, et al.,

17            Defendants.

18   _____/

19        Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

20   U.S.C.  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

22   violations took place in Lassen County, which is part of the Sacramento Division of the United

23   States District Court for the Eastern District of California.   Therefore, the complaint should have

24   been filed in the Sacramento Division.

25        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

26   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

27   be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in

28   forma pauperis.

                                              -1-

1    Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Sacramento; and

4       2. All future filings shall refer to the new Sacramento case number assigned and shall be

5    filed at:

6
                        United States District Court
7                        Eastern District of California
                        501 "I" Street, Suite 4-200
8                        Sacramento, CA 95814

9       3. This court has not ruled on plaintiff's request to proceed in forma pauperis.

10
    IT IS SO ORDERED.
11
    **Dated:    July 25, 2007**            _____/s/ **Sandra M. Snyder**_____
12                                         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-